IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02325-BNB

JIMMY LEE FOSKETT,

    Applicant,

v.

FOURTH JUDICIAL DISTRICT,
KIRK S. SAMUELSON, District Judge, and
EL PASO COUNTY COMBINED COURTS,

    Respondents.

## ORDER OF DISMISSAL

On September 27, 2012, Magistrate Judge Boyd N. Boland entered an order directing Applicant, Jimmy Lee Foskett, to file one amended pleading on the proper form that names a proper Respondent and that clarifies the claims he is asserting in this action.  Mr. Foskett was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

Mr. Foskett has failed to file an amended pleading within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's September 27 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369

U.S. 438 (1962).  If Applicant files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Foskett failed to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   5th   day of      November      , 2012.

BY THE COURT:


　　s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court